IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., a California corporation, | ) ) ) | C. A. No. 8:04-2160-DCN-RSC |
| Plaintiff, | ) ) | |
| -versus- | ) ) | **REPORT AND RECOMMENDATION** |
| RONNIE WINDHAM, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court for pretrial supervision. The time for discovery and pretrial dispositive motions has expired. There are no pretrial matters pending, and it appears this action is ready for trial.

Accordingly, this matter is returned to the assigned United States District Judge for trial.

Respectfully Submitted,

S/Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

April 25, 2005